United States District Court for the Southern District of Galveston, Texas

Delon Kibbie

October 15, 2020

**4:20cv3710**

vs-

United States Courts
Southern District of Texas
FILED

OCT 16 2020

David J. Bradley, Clerk of Court

Local Fed and
Galveston Police Department.

**Formal Complaint:**

My issues are with local neighbors possible authorities, using torture methods on people; not only myself but on others, Theft, identity theft, torturing my family, stalking.

Addressed 3510 Ave R½, 3509 Ave R½, and 3517 Ave R½, has harassed us, used Radiation on us, Electronic weaponry, and extreme heaters.

This has been on going every day.

They have moved on each side of

me. 3517 over 1/2 quest has peeticipated in the toeture methods. I have some of their liscense plates, radiation readings, and trying to get other proofs.

I will send amended copy. Violation of the U.S. Constition amendment 18, and human Right Laws.

Sincerely,
Delon Kibbe
[signature]
402-354-1818

Delon Kibbe
3515 R'2,
Galveston, TX
77550



United States Courts
Southern District of Texas
FILED

OCT 16 2020

David J. Bradley, Clerk of Court

U.S. District Court Southern
Division
515 Rusk Street.
Houston, Texas
77002

7700282623 C057